DANIEL J. O'MEARA                 9890
NICHOLAS J. SEVERSON           11192
LEGAL AID SOCIETY OF HAWAIʻI
924 Bethel Street
Honolulu, HI 96813
Telephone: (808) 527-8059
dan.omeara@legalaidhawaii.org
nicholas.severson@legalaidhawaii.org

CHRISTOPHER BRANCART CSBN 128475
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA 94060
Telephone: (650) 879-0141
cbrancart@brancart.com
*Pro Hac Vice*

Attorneys for Plaintiff in Intervention
Rachael Ale

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 1:19-cv-00528-JMS-RT |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| RACHAEL ALE, | [RE: PLAINTIFF-INTERVENOR ALE'S STATEMENT OF NO OBJECTION TO |
| Plaintiff in Intervention, | ECF NO. [132] FINDINGS AND RECOMMENDATION TO GRANT |
| vs. | IN PART AND DENY IN PART PLAINTIFF-INTERVENOR |
| HAWAII STUDENT SUITES, INC., HAWAII STUDENT RESIDENCES D/B/A HAWAII STUDENT SUITES, AND SAVIO HAUOLI STREET LLC, | RACHAEL ALE'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS, AS CLARIFIED BY ECF NO. [136] - ORDER CLARIFYING REFERENCES |
| Defendants. | TO "DEFENDANTS" IN ECF NO. [132] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2021, the foregoing document was electronically filed via the Court's CM/ECF electronic filing system, and was thereby served upon the following parties:

>**Cecily Diahann Mariko Kaya, Esq.**
>**Andrea Lux Miyashita, Esq.**
>**Lynne T. Toyofuku, Esq.**
>Marr Jones & Wang
>1003 Bishop Street, Ste. 1500
>Honolulu, HI 96813
>ckaya@marrjones.com
>amiyashita@marrjones.com
>ltoyofuku@marrjones.com
>
>Attorneys for Defendants
>HAWAII STUDENT SUITES, INC.,
>258-60 BEACH WALK LLC,
>HAWAII STUDENT RESIDENCES, INC., and
>SAVIOU HAUOLI STREET LLC.
>
>**Abigail Nurse, Esq.**
>**Alan A. Martinson, Esq.**
>**Aurora Bryant, Esq.**
>**Yenisey Rodriguez, Esq.**
>United States Department of Justice
>950 Pennsylvania Avenue. N.W. – 4CON
>Washington, DC 20520
>abigail.nurse@usdoj.gov
>alan.martinson@usdoj.gov
>aurora.bryant@usdoj.gov
>yenisey.rodriguez@usdoj.gov
>
>Attorneys for Plaintiff
>UNITED STATES OF AMERICA

**Sydney Spector, Esq.**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Ste. 600
Honolulu, HI 96850
sydney.spector@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, July 15, 2021.

                Respectfully submitted,

                */s/ Daniel J. O'Meara*
                CHRISTOPHER BRANCART
                BRANCART & BRANCART

                DANIEL J. O'MEARA
                NICHOLAS J. SEVERSON
                LEGAL AID SOCIETY OF HAWAII
                Attorneys for Plaintiff in Intervention
                RACHAEL ALE