IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>RACHAEL ALE,<br><br>            Plaintiff-Intervenor,<br><br>    vs.<br><br><br>HAWAII STUDENT SUITES, INC., HAWAII STUDENT RESIDENCES, DBA HAWAII STUDENT SUITES, SAVIO HAUOLI STREET LLC, 258-60 BEACH WALK LLC,<br><br>            Defendants. | CIV. NO. 19-00528 JMS-RT |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINITFF-INTERVENOR RACHAEL ALE'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**

Findings and Recommendation having been filed and served on all parties on May 28, 2021, and clarified by Magistrate Judge Rom Trader on July 2, 2021, and no objections having been filed by any party,

///

///

///

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant In Part and Deny In Part and Deny in Part Plaintiff-Intervenor Rachael Ale's Motion for Attorneys' Fees and Non-Taxable Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 23, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge